Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff
GUILLERMO ROBLES

Martin H Orlick, Esq.
Stuart Tubis, Esq.
Jeffer Mangels Butler and Mitchell LLP
Two Embarcadero Center Fifth Floor
San Francisco, CA 94111-3824
Phone: (415) 398-8080
morlick@jmbm.com

Attorneys for Defendant
BUBBA GUMP SHRIMP CO. RESTAURANTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BUBBA GUMP SHRIMP CO. RESTAURANTS, INC. a Delaware corporation;<br>          Defendant. | Case No.: 2:16-cv-07642-ODW-JPR<br><br>Hon. Otis D. Wright, II<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 13, 2016<br>Trial Date: February 6, 3018 |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff GUILLERMO ROBLES ("Plaintiff") and BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: January 10, 2018

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
  Joseph R. Manning, Jr.
  Attorney for Plaintiff
  Guillermo Robles

DATED:  January 10, 2018

**JEFFER MANGELS BUTLER AND MITCHELL LLP**

By: /s/ *Martin H. Orlick*
  Martin H. Orlick
  Attorneys for Defendant
  Bubba Gump Shrimp Co. Restaurants, Inc.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 10, 2018    By: /s/ *Joseph R. Manning, Jr.*