JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BUBBA GUMP SHRIMP CO. RESTAURANTS, INC. a Delaware corporation;<br>          Defendant. | Case No.: 2:16-cv-07642-ODW-JPR<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff GUILLERMO ROBLES ("Plaintiff") and Defendant BUBBA GUMP SHRIMP CO. RESTAURANTS, INC., the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. All dates and deadlines in this case are **VACATED**.

**IT IS SO ORDERED.**

DATED: January 10, 2018

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT COURT JUDGE